_____



SO ORDERED,

*[signature: Neil P. Olack]*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: June 10, 2016**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                    CHAPTER 13 NO.:

MARK WEEKS                           15-14023-NPO

AGREED ORDER TO CONTINUE
TRUSTEE'S MOTION TO DISMISS (Dkt. #26)

THIS MATTER came before the Court on the *Trustee's Motion to Dismiss* with Debtors response thereto. Upon agreement of the parties,

IT IS ORDERED that the above-referenced matter is hereby continued until July 21, 2016, at 10:00 o'clock a.m., in Greenville, Mississippi.

##END OF ORDER##

AGREED & APPROVED:

/s/ G. Adam Sanford
G. ADAM SANFORD – MSB #103482
ATTORNEY FOR TRUSTEE

/s/ W. Heath Franklin
W. HEATH FRANKLIN
ATTORNEY FOR DEBTOR

Prepared by:
G. Adam Sanford, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley.com
MSB No. 103482

Copy: Debtor(s)