**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                              CHAPTER 13

LISA M. WILLIAMS                               CASE NO. 12-11938-NPO

**RESPONSE TO TRUSTEE'S NOTICE AND  MOTION TO DISMISS [DKT. 50]**

    **COMES NOW DEBTOR**, by and through the attorney of record, Michael W. Boyd,

who files this Response to Trustee's Notice and Motion to Dismiss [Dkt. 50], and states as

follows:

    Debtor is currently employed and anticipates to cure the delinquency as stated in the

Motion on or before the scheduled hearing date.


    **SO ANSWERED**, this the 27th day of May, 2016.



                           /s/ Michael W. Boyd
                           Michael W. Boyd



Michael W. Boyd, P.A.
Attorney at Law
P. O. Box 1586
Greenville, Mississippi 38702-1586
Telephone: 662/332-0202
boydlawoffice@yahoo.com

<u>CERTIFICATE OF SERVICE</u>

I, Michael W. Boyd, Attorney for the Debtor herein, do hereby certify that I have this day

electronically filed the foregoing Response with the Clerk of the Court using the ECF system

which sent notification of such filing to the following:

> Office of the United States Trustee
> USTPRegion05.AB.ECF@usdoj.gov
>
> **Locke D. Barkley**
> **sbeasley@barkley13.com**

This the 27th day of May, 2016.

/s/   Michael W. Boyd
MICHAEL W. BOYD

Michael W. Boyd, P.A.
Attorney at Law
P.O. Box 1586
Greenville, Mississippi 38702-1586
Telephone: 662/332-0202
boydlawoffice@yahoo.com